## KIDDERLIN v. MEYER.

### April 17, 1839.

*Motion for judgment.*

When the plaintiff in a foreign attachment omitted to move for judgment at the commencement of the third term, under the act of the 16th June, 1836, relating to the commencement of actions, and afterwards, the defendant, being a female, caused her appearance to be entered, it was held that she might take defence, and preclude the granting of a judgment on motion, notwithstanding the provisions of the 77th section of the act.

ON the 23d April, 1839, being the third term since the issuing of this foreign attachment, plaintiff, by his counsel, *H. Hubbell*, moved for judgment: when it was objected by *Ingraham* that defendant had *since* the return day of this term caused an appearance to be entered for *her*, and, therefore, according to the 64th section of the act of 16th June, 1836, relating to the commencement of actions (*Stroud's Purd. tit. Foreign Attachment*,) the defendant was entitled to a trial, and the judgment by default should be refused. It was answered, that defendant being a female could not avail herself of the 64th section, but was confined to a *dissolution* of the attachment, according to the provisions of the 77th section by which she must give absolute security for the debt, &c.

THE COURT held, that a *female* was entitled to the benefit of the 64th section, and might appear gratis at any time before final judgment.

Rule for judgment discharged.